Peter A. Leeming, SBN 119124
108 Locust Street, Suite 7
Santa Cruz CA 95060

Telephone (831) 425-8000

Attorney for: Defendant Dagoberto Duran

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 11-0594 |
| ) | |
| Plaintiff, ) | **STIPULATION AND []** |
| ) | **ORDER CONTINUING STATUS** |
| vs. ) | **CONFERENCE HEARING** |
| ) | |
| Dagoberto Duran, ) | |
| ) | |
| Defendant ) | |

The parties stipulate, and request that the court Order, the following:

1.    This matter is currently set for a status hearing on January 19, 2012 at 9:00 A.M.

2.    The parties are negotiating a settlement of this matter. The defense is investigating, and hopes to present to the government, mitigating materials that will help resolve this case. This process is not yet complete, and counsel for Mr. Duran expects the defense investigation to take at least another two weeks.

3.     For the above reasons, and for the effective preparation of counsel and the need for the defense to complete its investigation of this matter, the parties respectfully request that the status hearing date of January 19, 2012 be vacated, and a new hearing be set for February 16, 2012, at 9:00 A.M.

4.     The parties request that the time from January 19, 2012 to February 16, 2012 be excluded from the Speedy Trial Act, 18 USC Sect. 3161 (h)(7)(A) and (B)(iv).

Respectfully submitted,

Dated:                                   By:_____/s/_____
                                          PETER A. LEEMING,
                                         Attorney for Dagoberto Duran


                                          /s/ Tom O'Connell
                                         Thomas O'Connell,
                                         Assistant U.S. Attorney

IT IS SO ORDERED.

DATED:_____                  _____
                                         Hon. D. Lowell Jensen
                                         United States District Judge

-2-