Peter A. Leeming, SBN 119124
108 Locust Street, Suite 7
Santa Cruz CA 95060

Telephone (831) 425-8000

Attorney for: Defendant Dagoberto Duran

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>Dagoberto Duran,<br><br>        Defendant | No. CR 11-0594<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING HEARING** |

The parties stipulate, and request that the court Order, the following:

1. This matter is currently set for a sentencing on June 14, 2012, at 10:00 A.M.

2. Counsel for Mr. Duran is unavailable due to involvement in state court proceedings. For this reason, counsel for the government does not object to a continuance of the sentencing hearing.

-1-

3. For the above reasons, and for the effective preparation of counsel, the parties respectfully request that the sentencing hearing be vacated, and a new hearing be set for July 19, 2012, at 10:00 A.M.

Respectfully submitted,

Dated: By:_____/s/_____
 PETER A. LEEMING,
Attorney for Dagoberto Duran

 /s/ Tom O'Connell
Thomas O'Connell,
Assistant U.S. Attorney

IT IS SO ORDERED.

DATED:_____  _____
 Hon. D. Lowell Jensen
 United States District Judge